MICHELE BECKWITH
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRETT TIMMONS, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | 3:24-PO-00094 DMC <br><br> ORDER TO DISMISS AND VACATE CONTROL DATE <br><br> DATE:  January 16, 2025 <br> TIME:  10:00 a.m. <br> JUDGE: Honorable Dennis M. Cota |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:23-po-00175-CKD is GRANTED.

It is further ordered that the bench trial scheduled on January 16, 2025, is vacated.

IT IS SO ORDERED.

Dated:  January 13, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE